UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIEN NGUYEN,<br><br>　　　　　Plaintiff,<br>v.<br>WELLS FARGO BANK, N.A. et al.,<br><br>　　　　　Defendants. | Case No. 3:12-cv-2644-GPC-MDD<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**<br><br>**(ECF NO. 3)** |

　　Plaintiff, proceeding pro se, filed a complaint in the San Diego Superior Court on September 18, 2012, asserting various foreclosure related claims. (ECF No. 1.) Defendants Wells Fargo Bank, N.A.; US Bank National Association; and First American Trustee Servicing Solutions, LLC ("Defendants") thereafter removed the action to federal court On October 31, 2012. (Id.) On November 7, 2012, Defendants filed a motion to dismiss Plaintiff's complaint. (ECF No. 3.) The Court thereafter set Defendant's motion to dismiss for a hearing on April 19, 2013, and set a briefing schedule requiring any response to Defendant's motion to dismiss to be filed on or before November 30, 2012. (ECF No. 5.)

　　To date, the Court has received no response to Defendant's motion to dismiss. Accordingly, the Court **GRANTS** Defendants' motion to dismiss as unopposed. See CivLR 7.1.f.3.c (governing responses to motions); see also Ghazali v. Moran, 46 F.3d

52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."). **IT IS HEREBY ORDERED** that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**, and the hearing on Defendants' Motion to Dismiss, currently set for April 19, 2013, is **VACATED**.

DATED: April 11, 2013

HON. GONZALO P. CURIEL
United States District Judge